■ EQUITY INVESTMENTS, Appellant, v DANIEL W. JOY, as Commissioner of the Department of Rent and Housing Maintenance, Office of Rent Control of the Housing and Development Administration of the City of New York, Respondent.—Judgment, Supreme Court, New York County, entered on August 19, 1976, unanimously affirmed on the opinion of Greenfield, J., at Special Term and that respondent recover of the appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DOE, Also Known as MILTON Z. and MILTON ZELKOWITZ, Appellant.—Judgment, Supreme Court, New York County, rendered on February 24, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lane, JJ.

■ 80 BROAD COMPANY, Appellant, v UNITED STATES FIRE INSURANCE COMPANY, Respondent.—Judgment, Supreme Court, New York County, entered on January 8, 1976, unanimously affirmed on the opinion of S. Schwartz, J., at Trial Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Birns, Capozzoli and Nunez, JJ. [88 Misc 2d 706.]

■ GEORGE I. PILILIS, Respondent, v PACIFIC MARINE CORPORATION, Appellant.—Judgment, Supreme Court, New York County, entered on April 5, 1976, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term. Petitioner-respondent shall recover of respondent-appellant $40 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Birns, Capozzoli and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v JOEL SIMPSON.—Motion granted to the extent of dismissing the appeal on the ground that since appellant has absconded his appeal may not be heard *(People v Parmaklidis,* 38 NY2d 1005). Concur—Stevens, P. J., Kupferman, Lupiano and Lane, JJ.

■ In the Matter of LOUIS F.—Motion for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of the Family Court, as affirmed by this court, properly made?" Motion, insofar as it seeks a stay, denied, without prejudice to making such application to the Court of Appeals. Concur—Kupferman, J. P., Lupiano, Capozzoli, Lane and Nunez, JJ.